■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT SHINGLETON, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Friedman, J.), imposed October 5, 1984.

Justice Kooper has been substituted for the late Justice Gibbons (see, 22 NYCRR 670.2 [c]).

Ordered that the sentence is affirmed. No opinion. Lazer, J. P., Mangano, Kooper and Spatt, JJ., concur.